UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES CLOUD, IV | * | CIVIL ACTION NO. 2:24-CV-00026-JCV-DPC |
| | * | |
| | * | |
| VERSUS | * | CHIEF JUDGE JAY C. ZAINEY |
| | * | |
| | * | |
| MURROW'S TRANSFER, INC., | * | |
| PROTECTIVE INSURANCE | * | MAGISTRATE JUDGE |
| COMPANY, AND WENDELL | * | DONNA PHILLIPS CURRAULT |
| FLEMING | | |

**PLAINTIFF'S FIRST SUPPLEMENTAL AND AMENDED COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes plaintiff**, JAMES CLOUD, IV,** a resident of the full age of majority and domiciled in Slidell, State of Louisiana, who supplements and amends his Petition for Damages as follows:

1.

By supplementing and amending paragraph 4 of his original petition as follows:

"The accident occurred in the Parish of Orleans on Claiborne Avenue at its intersection with Martin Luther King Boulevard, New Orleans, Louisiana."

2.

By supplementing and amending paragraph 5 of his original petition as follows:

"Petitioner, James Cloud, IV., was operating his vehicle southbound on S. Claiborne Avenue approaching its intersection with Martin Luther King Boulevard, in the proper lane to proceed straight ahead on S. Claiborne Avenue, through the intersection, when suddenly and without warning, defendant driver, Wendell Fleming, who was traveling southbound on S.

Claiborne in the middle lane, attempted to turn onto Martin Luther King Jr. Boulevard from S. Claiborne Avenue, entered petitioner's lane of travel as petitioner was proceeding straight, and crashed into petitioner's vehicle, thus causing the collision herein sued upon."

3.

By supplementing and amending paragraph 7 of his original petition as follows:

"As a result of the accident herein sued upon, petitioner, James Cloud, IV, has sustained damages, including but not limited to, pain and suffering, mental anguish and suffering, medical expenses, loss of enjoyment of life, property damage, rental expenses, diminution in value and loss of use of his vehicle, lost wages, income and earning capacity, and any and all other damages that may be proven at the trial of this matter."

4.

By supplementing and amending paragraph 8 of his original petition as follows:

"At the time and on the occasion in question, defendant driver, Wendell Fleming, failed to use ordinary care by various acts and omissions, including the following, each of which singularly or in combination with others, was a proximate cause of the occurrence in question:

    A. In failing to be attentive;
    B. In failing to safely and lawfully turn his vehicle;
    C. In failing to maintain control of his vehicle;
    D. In failing to keep his vehicle in his own lane of travel
    E. In failing to keep a proper lookout;
    F. In failing to see what should have been seen
    G. In failing to take action to avoid the collision;
    H. In failing to properly drive his vehicle without causing a collision;
    I. In failing to stop in a timely manner;
    J. In failing to obey traffic signs, markers, and signals;
    K. In failing to operate his vehicle in the proper lane for its designated direction of travel; and
    L. All other acts of negligence, which may be proven at the trial of this matter."

5.

By adding paragraph 12 to his original petition as follows:

"Petitioner allege that, upon information and belief, at all times pertinent, defendant, Wendell Fleming, was operating his vehicle on behalf of defendant, Murrow's Transfer, Inc. and acting within the course and scope of his employment with defendant, Murrow's Transfer, Inc. As such, defendant, Murrow's Transfer, Inc., is liable for the negligent actions of Wendell Fleming under the premise of vicarious liability and *respondeat superior.*

6.

By adding paragraph 13 to his original petition as follows:

"Petitioner alleges that, upon information and belief, at all pertinent times herein, defendant, Murrow's Transfer, Inc., failed to use ordinary care by various acts and omissions, including the following, each of which singularly or in combination with others, was a proximate cause of the occurrence in question:

A. In failing to provide proper driver training and supervision;
B. In negligently hiring an unsafe and/or incompetent driver;
C. In negligently entrusting tractor trailer to an unsafe and/or incompetent driver;
D. In failing to take what measures could have and/or should have been taken to ensure the safety of others;
E. In failing to properly inspect, equip, and maintain the tractor trailer to ensure it could be used safely;
F. All other acts of negligence, which may be proven at the trial of this matter.

7.

By re-alleging the prayer of his original petition as follows:

"WHEREFORE, premises considered, petitioner, James Cloud, IV, prays that a copy of this petition be served upon the defendants in the manner prescribed by law and that, after due

proceedings are had and after all legal delays, there be judgment in favor of petitioner, James Cloud, IV., and against defendants, Protective Insurance Company, Inc., Murrow's Transfer, Inc., and Wendell Fleming, individually, jointly and in solido, for such damages as are reasonable in the premises, together with legal interest thereon, from date of judicial demand until paid, for all costs of these proceedings and for all other and further relief to which petitioner may be entitled."

WHEREFORE, plaintiff, **JAMES CLOUD, IV**, hereby reiterates and re-urges all of his prior allegations, requests and prayer, including but not limited to all matters set forth in his original petition for damages, all of which is respectfully submitted.

Respectfully Submitted By:

CLAYTON, FRUGÉ, WARD & HENDRY
3741 Highway 1 South
Port Allen, Louisiana 70767
Telephone: (225) 344-7000

s/ Michael P. Frugé_____
A.M. "Tony" Clayton (#21191)
tclaytonlaw@aol.com
Michael P. Frugé (#26287)
michaelfruge@claytonfrugelaw.com
Michael C. Hendry (#35819)
mhendry@claytonfrugelaw.com
D'Ann R. Penner (#35545)
Dpenner@claytonfrugelaw.com
Brilliant P. Clayton (#36829)
bclayton@claytonfrugelaw.com
Burgundy C. Hammond (#38646)
bhammond@claytonfrugelaw.com

*Attorneys for Plaintiff, James Cloud, IV.*